UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KAREN RUIZ,
*On Behalf of*
A.A., a Minor Child,

               Plaintiff,

vs.                                                             Civil Action No.:
                                                                7:21-CV-07213-PED

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
-----------------------------------------------------------------X

## ORDER

AND, NOW, this 10 day of May, 2022, the parties' modified schedule in this matter is GRANTED. The schedule is set as follows:

- Plaintiff will file her motion and brief by July 1, 2022;

- Defendant's cross-motion and brief will be filed by August 30, 2022; and,

- Plaintiff's reply, if any, is due September 20, 2022.