UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KAREN RUIZ o/b/o A.A.,

                Plaintiff,                  21 **CIVIL** 7213 (PED)

    -v-                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 15, 2022, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceeding.

**Dated:** New York, New York
         November 15, 2022

                                                **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                **BY:**

                                                     **Deputy Clerk**